| PROB.22 (Rev. 2/88) | File Date: October 18, 2022<br>Case Number: 22-cr-475<br>Judge Dora Lizette Irizarry | DOCKET NUMBER (Tran. Court)<br>1:20CR00062-01WES |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Bernard Klein**<br>New York | DISTRICT<br><br>Rhode Island | DIVISION<br><br>Providence |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable William E. Smith, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM:<br>May 27, 2022 | TO:<br>May 26, 2025 |

OFFENSE
**Count 1:** Conspiracy to Commit Mail Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **EASTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

10/14/2022                                    _[signature] W E Smith_
Date                                          Honorable William E. Smith
                                              U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Date                           U.S. District Judge